G. Thomas Martin, III (SBN 218456)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x252
Fax: 866-802-0021
tmartin@consumerlawcenter.com

Attorneys for Plaintiff, BARBARA MORALES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| BARBARA MORALES )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., )<br>)<br>Defendant. )<br>) | Case No.: 2:09-cv-02513-GEB-KJM<br><br>**VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, BARBARA MORALES, by and through her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NCO FINANCIAL SYSTEMS, INC. (Defendant), in this case.

Dated: January 14, 2010               KROHN & MOSS, LTD.

                                      By:/s/ G. Thomas Martin, III

                                      G. Thomas Martin, III

                                      Attorney for Plaintiff,
                                      BARBARA MORALES

- 1 -

Voluntary Dismissal